NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 19a0468n.06

No. 18-5227

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED**<br>Sep 05, 2019<br>DEBORAH S. HUNT, Clerk |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| KEVIN GERDING, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |
| | ) | |
| _____/ | ) | |

Before: MERRITT, DAUGHTREY, and GRIFFIN, Circuit Judges.

The United States filed this appeal challenging defendant Kevin Gerding's sentence. In light of *United States v. Stitt*, 139 S. Ct. 399 (Dec. 10, 2018), and *United States v. Quarles*, 139 S. Ct. 1872 (June 10, 2019), as well as intervening cases from our court, we vacate defendant's sentence and remand this case to the district court for resentencing. Defendant's motion for a continuance of oral argument is denied as moot.

ENTERED BY ORDER OF THE COURT

_____

Deborah L. Hunt, Clerk